**Motion Granted and Order Filed October 01, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-00473-CR**

_____

**LAJUAN KENDELL WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1423997**

## ORDER

Appellant has filed a motion in which he requests that we order the court reporter to supplement the reporter's record with three exhibits. The motion is **GRANTED**.

Accordingly, we order Arlene Webb, the official court reporter, to deliver to the Clerk of this court the original of:

(a)     State Exhibit 4, a DVD recording;

(b)     State Exhibit 11, a Power Point file; and

(c)     Defendant's Exhibit 1, a DVD recording

on or before **October 5, 2015**. The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return them to the clerk of the 232nd District Court.


PER CURIAM